THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

DATE   9/03/2024

| **DISTRICT JUDGE** | **COURT REPORTER:** Chris Bickham |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:**  Keary Conrad |

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CASE NUMBER 4:19CR321.1 |
| CARLOS DANILO PRECIADO NAVARIJO | |

| **ATTORNEY FOR GOVERNMENT** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Christopher Rapp, AUSA | Rafael De La Garza, II |
| | *Interpreter: Melida Ailshire* |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Sentencing |
|---|---|
| 9:34 a.m. | Court in session. Court notes appearances. Parties have reviewed PSR. Defendant acknowledges he fully understands the PSR and is satisfied with the accuracy of the report. No additions, corrections, or comments by the Government. No additions, corrections, or comments by counsel for the Defendant. No objections by Government or Defendant. |
| 9:35 a.m. | The Court notes Defendant pled guilty to Count 1 of the Indictment with an 11c1c plea agreement. |
| 9:36 a.m. | TOL: 31, CHC I, Count 1: 108-135 months imprisonment.  The Court notes the 11c1c plea agreement is for 120 months. |
| 9:37 a.m. | Bench conference. |
| 9:38 a.m. | Court hears from Defendant's counsel regarding why the Court should accept the plea agreement. |
| | Court hears response from Government. |
| | The Court hears from Defendant's counsel. |
| 9:39 a.m. | Defendant allocuted. |
| 9:40 a.m. | The sentence imposed for a total term of 120 months imprisonment on Count 1 of the Indictment. The Court recommends the Defendant receive appropriate mental health treatment while imprisoned. Fine waived, special assessment of $100, supervised release for a term of 5 years, denial of all federal benefits for a period of 5 years. All mandatory and special conditions were referred to as referenced in the PSR. Court confirms Defendant reviewed General Order 17-3 and has no objections. |
| 9:42 a.m. | Court will recommend the Defendant be designated to FCI Bastrop, Texas, if appropriate. |

| 9:42 a.m. | Rights of appeal addressed. |
| 9:43 a.m. | Government orally moves to dismiss Count 2. Court grants request. |
| 9:44 a.m. | Defendant remanded to custody of USM. |

**DAVID O'TOOLE, CLERK**

BY: *Keary Conrad*
Courtroom Deputy Clerk